UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PETRICE BRANNON                        )
                                       )
v.                                     )        NO.  3:12-1324
                                       )        JUDGE SHARP
AMERIGROUP TENNESSEE, INC.             )
                                       )

## ORDER

Pursuant to the Notice of Dismissal with Prejudice (Docket No. 29) filed by the plaintiff,

this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of

Civil Procedure.

It is so ORDERED.

Kevin H. Sharp
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE